

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00483-CR

Joe Luis **TRINIDAD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR0568
Honorable Frank J. Castro, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 24, 2025

DISMISSED FOR WANT OF JURISDICTION

On May 9, 2024, the trial court signed an order revoking Joe Luis Trinidad's community supervision and sentenced Trinidad to eight years of confinement. Trinidad's court-appointed counsel filed an *Anders* brief. *See Anders v. California*, 386 U.S. 738 (1967). Thereafter, we affirmed the trial court's judgment. *See Trinidad v. State*, No. 04-24-00494-CR, 2025 WL 1821952, at *1 (Tex. App.—San Antonio Jul. 2, 2025, no pet.). On July 17, 2025, a second court-

appointed attorney filed a second notice of appeal in the trial court relating to the same revocation order that we had already affirmed.

An appellant is not entitled to a second direct appeal. *See McDonald v. State*, 401 S.W.3d 360, 362–63 (Tex. App.—Amarillo 2013, pet. ref'd) (dismissing third direct appeal for lack of jurisdiction); *Agbeze v. State*, No. 01–16–00739–CR, 2017 WL 1738099, at *1 (Tex. App.—Houston [1st Dist.] May 4, 2017, no pet.) (per curiam) (mem. op., not designated for publication) (dismissing second direct appeal for lack of jurisdiction); *Coleman v. State*, No. 03–11–00648–CR, 2011 WL 6118604, at *1 (Tex. App.—Austin Dec. 8, 2011, no pet.) (mem. op., not designated for publication) (same).

Because it appeared we lack jurisdiction over this appeal, on August 13, 2025, we ordered appellant to show cause in writing no later than August 27, 2025, why this appeal should not be dismissed for want of jurisdiction. Appellant has not responded. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH